BROOKS BROS. *v.* UNITED STATES

**No. 5737.**—Invoices dated London, England, December 19, 1941, and November 11, 1941.
Entered at New York, N. Y., January 15, 1942, and December 16, 1941.
Entry Nos. 734517 and 729760.

(Decided October 19, 1942)

*Puckhafer, Rode & Rode* (*John D. Rode* of counsel) for the plaintiffs.
*Paul P. Rao,* Assistant Attorney General (*Daniel I. Auster,* special attorney), for the defendant.

TILSON, Judge: The two appeals listed above have been submitted for decision upon the following stipulation:

1. That the merchandise described on the invoices covered by the reappraisements specified above as silk squares, silk tie material, printed gum twill and all silk tie material consists of tie material exported from England in November and December 1941;

2. That the market value or price at the time of exportation of the merchandise involved herein at which such or similar merchandise was freely offered for sale to all purchasers in the principal markets of England for home consumption, in the usual wholesale quantities and in the ordinary course of trade, including

the cost of all containers and coverings of whatever nature, and all other costs, charges, and expenses incident to placing the merchandise in condition packed ready for shipment to the United States is the appraised value less the amount added under duress, and that there was no higher export value for the merchandise.

Accepting this stipulation as a statement of fact, I find and hold the proper dutiable foreign value of all the merchandise described on the invoices as "silk squares," "silk tie material," "printed gum twill," and "all silk tie material," to be the appraised value, less any amount added under duress, and that there was no higher export value for said merchandise. Judgment will be rendered accordingly.